EXHIBIT A

IN THE IOWA DISTRICT COURT FOR PLYMOUTH COUNTY

| | |
|---|---|
| DOUG AND MICHELE STUCKY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SIRVA MOVE MANAGEMENT, INC., an Indiana Corporation; and ALLIED VAN LINES, INC., a Deleware Corporation.<br><br>Defendants. | CASE NO. _____<br><br>ORIGINAL NOTICE |

To the Above-Named Defendants:

You are hereby notified that there is now on file in the office of the clerk of the above court, a Petition in the above-entitled action, a copy of which Petition is attached hereto. The plaintiff's attorney is Jason Gann of Moore, Heffernan, Moeller, Johnson & Meis, L.L.P., whose address is 300 U.S. Bank Building, P.O. Box 3207, Sioux City, Iowa 51102. Phone: (712) 252-0020. Fax: (712) 252-0656.

You are further notified that unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file, a motion or answer, in the Iowa District Court for Plymouth County, at the county courthouse in Le Mars, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

You are further notified that the District Court for Plymouth County utilizes electronic filing under the Electronic Document Management System, located at https://www.iowacourts.state.ia.us/Efile, and you are directed to Iowa Court Rules Chapter 16, found at http://www.iowacourts.gov/Online_Court_Services/EDMS/, for the general rules and information on electronic filing. You are further referred to that Chapter 16, division VI for rules regarding the protection of personal information in court filings.

Clerk of the Above Court<br>
Plymouth County Courthouse<br>
Le Mars, Iowa

NOTE: The attorney who is expected to represent the defendant should be promptly advised by defendant of the service of this notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 712-279-6035 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942). Disability coordinators cannot provide legal advice.

# STATE OF IOWA JUDICIARY

Case No. LACV037835
County Plymouth

Case Title  STUCKY DOUG ET AL VS  SIRVA MOVE MANAGEMENT ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(712) 279-6035** .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  08/22/2017 01:16:41 PM



District Clerk of Plymouth          County
/s/ Peggy Frericks

# IN THE IOWA DISTRICT COURT IN AND FOR PLYMOUTH COUNTY

| | |
|---|---|
| DOUG AND MICHELE STUCKY, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SIRVA MOVE MANAGEMENT, INC., an Indiana Corporation; and ALLIED VAN LINES, INC., a Deleware Corporation.<br><br>　　　　Defendants. | LAW NO._____<br><br><br><br>**PETITION** |

**COMES NOW**, Plaintiffs, Doug and Michele Stucky, and for Petition state:

1.　　Plaintiffs are residents of Iowa.

2.　　Defendant SIRVA Move Management, Inc. is believed to be an Indiana corporation doing business in Iowa.

3.　　Defendant Allied Van Lines, Inc. is believed to be a Delaware Corporation doing business in Iowa.

4.　　On August 29, 2016, Plaintiffs owned personal property, hereinafter called the "goods."

5.　　On that date, Plaintiffs delivered the goods into the custody and control of Defendants, who agreed to move the goods from Plaintiffs' home in Lincoln, Nebraska, to their home in Hinton, Iowa.

6.　　Defendants accepted custody and control of the goods, stored them for a period of time, and transported the goods.

7.　　While in Defendants' custody, the goods sustained damage.

8. Some of the goods have a recognized value and some of the goods are personal property that have no recognized value but are of personal and sentimental value to the Plaintiffs.

9. During delivery of Plaintiffs' goods, Defendants further damaged the goods.

10. Defendants delivered the damaged goods.

11. Defendants breached their contractual obligations with Plaintiffs to provide safe transport of said goods.

12. Defendants were also negligent in connection with the transport of said goods.

13. Defendants impliedly warranted safe and proper transport of the goods.

14. Due to Defendants' breach of implied contractual obligations and negligence, Plaintiffs have been damaged.

15. Plaintiffs have demanded repair or replacement of the damaged goods or compensation related to the same but such demand has been ignored.

16. Plaintiffs' claim does not exceed $75,000.

WHEREFORE, Plaintiffs pray for judgment against Defendants jointly and severally for Plaintiffs' damages caused by the Defendants' actions, plus interest, court costs, and accruing costs as provided by law.

        MOORE, HEFFERNAN, MOELLER
        JOHNSON, & MEIS, L.L.P.

By:   /s/Jason Gann
      Jason B. Gann  #AT0002803
      501 Pierce Street, Suite 300
      P.O. Box 3207
      Sioux City, Iowa  51102-3207
      PHONE:    712/252-0020
      FAX:        712/252-0656
      JGann@MooreHeffernanlaw.com
ATTORNEYS FOR PLAINTIFFS

# AFFIDAVIT OF SERVICE

| Case: LACV037835 | Court: IN THE IOWA DISTRICT COURT | County: FOR PLYMOUTH COUNTY | Job: 1617977 |
|---|---|---|---|
| **Plaintiff / Petitioner:** DOUG AND MICHELLE STUCKY, husband and wife | | **Defendant / Respondent:** SIRVA MOVE MANAGEMENT, INC., an Indiana Corporation; and ALLIED VAN LINES, INC., a Delaware Corporation | |
| **Received by:** Iowa Process Service | | **For:** Moore Heffernan Moeller Johnson & Meis, LLP | |
| **To be served upon:** Allied Van Lines c/o Registered Agent Corporation Service Company | | | |

I, Adam Heater, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Allied Van Lines c/o Registered Agent Corporation Service Company, Vicki Reed, 505 5th Ave. Suite 729, Des Moines, IA 50309

**Manner of Service:** Authorized, Aug 24, 2017, 2:07 pm CDT

**Documents:** Original Notice and Petition (Received Aug 23, 2017 at 8:58am CDT)

**Additional Comments:**
1) Served: Aug 24, 2017, 2:07 pm CDT at 505 5th Ave. Suite 729, Des Moines, IA 50309 received by Vicki Reed. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'6"; Hair: Blond;

/s/ Adam Heater  8-24-17
Adam Heater                Date

Iowa Process Service
901 North Buxton St.
Indianola, IA 50125

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Janna Marie Heater
Notary Public

Aug. 24, 2017       1-4-19
Date                Commission Expires

JANNA MARIE HEATER
Commission Number 793842
My Commission Expires
January 4, 2019

## IN THE IOWA DISTRICT COURT IN AND FOR PLYMOUTH COUNTY

| | |
|---|---|
| DOUG AND MICHELE STUCKY, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SIRVA MOVE MANAGEMENT, INC., an Indiana corporation; and ALLIED VAN LINES, INC., a Delaware corporation.<br><br>　　　　Defendants. | LAW NO. LACV037835<br><br><br>**PLAINTIFF'S FIRST AMENDED PETITION** |

　　　　**COMES NOW**, Plaintiffs, Doug and Michele Stucky, and for Petition state:

　　　　1.　　　　Plaintiffs are residents of Iowa.

　　　　2.　　　　Defendant SIRVA Move Management, Inc. is believed to be an Indiana corporation doing business in Iowa.

　　　　3.　　　　Defendant Allied Van Lines, Inc. is believed to be a Delaware corporation doing business in Iowa.

　　　　4.　　　　On August 29, 2016, Plaintiffs owned personal property, hereinafter called the "goods."

　　　　5.　　　　On that date, Plaintiffs delivered the goods into the custody and control of Defendants, who agreed to move the goods from Plaintiffs' home in Lincoln, Nebraska, to their home in Hinton, Iowa.

　　　　6.　　　　Defendants accepted custody and control of the goods, stored them for a period of time, and transported the goods.

　　　　7.　　　　While in Defendants' custody, the goods sustained damage.

8. Some of the goods have a recognized value and some of the goods are personal property that have no recognized value but are of personal and sentimental value to the Plaintiffs.

9. During delivery of Plaintiffs' goods, Defendants further damaged the goods.

10. Defendants delivered the damaged goods.

11. Defendants breached their contractual obligations with Plaintiffs to provide safe transport of said goods.

12. Defendants were also negligent in connection with the transport of said goods.

13. Defendants impliedly warranted safe and proper transport of the goods.

14. Due to Defendants' breach of implied contractual obligations and negligence, Plaintiffs have been damaged.

15. Plaintiffs have demanded repair or replacement of the damaged goods or compensation related to the same but such demand has been ignored.

16. Plaintiffs' claim does not exceed $75,000.

WHEREFORE, Plaintiffs pray for judgment against Defendants jointly and severally for Plaintiffs' damages caused by the Defendants' actions, plus interest, court costs, and accruing costs as provided by law.

        MOORE, HEFFERNAN, MOELLER
        JOHNSON, & MEIS, L.L.P.

By:    /s/Jason Gann
      Jason B. Gann  #AT0002803
      501 Pierce Street, Suite 300
      P.O. Box 3207
      Sioux City, Iowa  51102-3207
      PHONE:   712/252-0020
      FAX:      712/252-0656
      JGann@MooreHeffernanlaw.com
ATTORNEYS FOR PLAINTIFFS

**STATE OF INDIANA**
**COUNTY OF ALLEN**

**Sheriff of Allen County**
715 S. Calhoun St. Fort Wayne, IN. 46802

_Scott Borton_, being first duly sworn upon his/her oath deposes and says:

That he/she is a regular appointed officer for, and is now serving under David J. Gladieux, duly elected and qualified Sheriff of the County of Allen, State of Indiana. That on the **29th** day of **August** 20**17**, he/she (SERVED / DID NOT SERVE) a _Notice + petition_

TIME OF ATTEMPTED SERVICE: 10:25 AM

By delivering to and upon:

( ) Individual:  Name _____
Location _____

(X) Corporation: Name _SIRVA MOVE MANAGEMENT_
Location _5001 U.S. HWY 30 West. Ft. Wayne IN 46818_
Agent _____

(X) No Service  Reason _REFUSED SERVICE — KATHY SAILOR H.R. OF SIRVA_

"No Service"

The above named defendant, is the same defendant, involved in an action, wherein the _District_ Court of _Plymouth_ County, State of _Iowa_ wherein

Plaintiff _Doug & Michele Stucky_
Defendant _SIRVA Move Management Inc_

David J. Gladieux, Sheriff of Allen County

_SB 232_

Subscribed and sworn to before me, a notary public, for the County of Allen, State of Indiana,
This **29th** day of **August** 20**17**

My Commission Expires: _10/6/18_

_Christine A Gray_
Notary Public, Allen County Indiana